MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3100
Fax:  (310) 789-3150

Attorneys for Defendants Dean Transportation, Inc., and
Dean Foods of Southern California, LLC
(dba Heartland Farms)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SCOTT PARKER, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEAN TRANSPORTATION, INC., an Ohio Corporation; DEAN FOODS OF SOUTHERN CALIFORNIA, LLC (dba HEARTLAND FARMS), a Delaware Limited Liability Company; SBM DAIRIES, INC., a California Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 13-02621 BRO (VBKx)<br><br>**CLASS ACTION**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS DEAN FOODS OF SOUTHERN CALIFORNIA, LLC'S AND DEAN TRANSPORTATION INC.'S MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) OR TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>Date:  June 17, 2013<br><br>Time:  1:30 p.m.<br><br>Place:  Courtroom of the<br>            Hon. Beverly Reid O'Connell<br>            Courtroom 14 |

2713686v1/013684

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201 and supporting case law, defendants Dean Transportation, Inc. ("DTI") and Dean Foods of Southern California, LLC (dba Heartland Farms) ("Heartland"), together "Defendants," by and through their attorneys of record, hereby request that the Court take judicial notice of the below-listed documents in connection with its consideration of Defendants' independent Motions To Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 12(b)(6).

The documents that are the subject of this Request for Judicial Notice were either (1) filed in a related action brought by the same counsel for current Plaintiff on behalf of Miguel de la Cueva against Alta-Dena Certified Dairy, LLC in the U.S. District Court for the Central District of California, captioned *Miguel de la Cueva v. Alta-Dena Certified Dairy, Inc., et al.*, Case No. 12-CV-1804-GHK-CW (C.D. Cal.), or (2) are publicly available filings with state or federal agencies not subject to reasonable dispute. Accordingly, Defendants request that the Court take judicial notice of the following documents as part of this Request:

1.   Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Merger of Dean Foods of Southern California, LLC and Alta-Dena Certified Dairy, LLC, effective January 1, 2013.

2.   Attached hereto as Exhibit 2 is a true and correct copy of the Certificate of Amendment and First Amendment to Limited Liability Agreement of HF Acquisition, LLC dated April 27, 2009, changing the name of the company to Dean Foods of Southern California, LLC. Attached to the Amendment is the Limited Liability Agreement of HF Acquisition, LLC dated March 27, 2009.

3.   Attached hereto as Exhibit 3 is a true and correct copy of the Articles of Incorporation for Dean Transportation, Inc.

2713686v1/013684

4. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's *Ex Parte* Application for Leave to File First Amended Complaint or, in the Alternative, for Leave to File on Shortened Time Motion for Leave to File First Amended Complaint filed on February 5, 2013, in the related action, *Miguel de la Cueva v. Alta-Dena Certified Dairy, Inc., et al.*, Case No. 12-CV-1804-GHK-CW (C.D. Cal.) (Dkt. 41).

5. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Marjorie Ball filed on February 6, 2013, in the related action, *Miguel de la Cueva v. Alta-Dena Certified Dairy, Inc., et al.*, Case No. 12-CV-1804-GHK-CW (C.D. Cal.) in support of Alta-Dena Certified Dairy LLC's Opposition to an *ex parte* motion by the plaintiff Miguel de la Cueva to add Scott Parker as a named plaintiff in that action (Dkt. 43-1).

6. Attached hereto as Exhibit 6 is a true and correct copy of Chief Judge King's Order denying the request to add Mr. Parker as a plaintiff in Case No. 12-CV-1804-GHK-CW (Dkt. 48).

7. Attached hereto as Exhibit 7 is a true and correct copy of Chief Judge King's Order denying Plaintiff's Motion to Certify Class in Case No. 12-CV-1804-GHK-CW (Dkt. 61).

8. Attached hereto as Exhibit 8 is a true and correct copy of a printout from the website for the U.S. Department of Transportation's Federal Motor Carrier Safety Administration ("FMCSA") titled "SAFER WEB - Help," which is publicly available at http://safer.fmcsa.dot.gov/saferhelp.aspx.

9. Attached hereto as Exhibit 9 is a true and correct copy of a printout from the FMSCA website titled "SAFER Web – Company Snapshot DEAN TRANSPORTATION INC.") identifying the FMCSA's registration information for Dean Transportation, Inc., which is publicly available by going to

2

2713686v1/013684

1  http://safer.fmcsa.dot.gov/query.asp and submitting a query for Dean Transportation, Inc.

10. Judicial notice of the foregoing exhibits is appropriate under the Federal Rules of Evidence, which require that judicial notice be taken of facts not subject to reasonable dispute and that are "capable of accurate and ready determination by reference to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Under Evidence Rule 201, the Court may "take judicial notice of the records of state agencies and other undisputed matters of public record." *Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 n.1 (9th Cir. 2004) (granting judicial notice of licensing agreement because it was a public record of a state university); *see also Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (taking judicial notice of policies within the handbook of a federal agency). The Court may also take judicial notice of records of state and federal agencies. *See, e.g.*, *Bowes v. Christian Record Servs.*, No. CV 11-799-CAS, 2011 WL 3682766, at *1 (C.D. Cal. Aug. 22, 2011) (taking judicial notice of California Secretary of State's webpage registration and articles of incorporation for defendant); *Orosa v. Therakos, Inc.*, No. CV 11-2143-EMC, 2011 WL 3667485, at *8 (N.D. Cal. Aug. 22, 2011) (taking judicial notice of defendant's articles of incorporation because they were "available from the Florida Department of State" and from a source "whose accuracy cannot reasonably be questioned"); *Global BTG LLC v. Nat'l Air Cargo, Inc.*, No. CV 11-1657 RSWL, 2011 WL 2672337, at *1 (C.D. Cal. June 29, 2011) (taking judicial notice on motion to dismiss of defendant's articles of organization and "the print-out of an internet search for business entities on the California Secretary of State website").

3

2713686v1/013684

11.   The documents listed above were all publicly filed either as part of a related action in this District or with a government agency and are not subject to reasonable dispute. As a result, all are appropriate for judicial notice.

Dated: May 20, 2013

MARC M. SELTZER
STEVEN G. SKLAVER
AMANDA BONN
SUSMAN GODFREY L.L.P.

By: /s/ Steven G. Sklaver
    Steven G. Sklaver
Attorneys for Defendants Dean Transportation, Inc. and Dean Foods of Southern California, LLC (dba Heartland Farms)

4

2713686v1/013684