```
 1  MARC M. SELTZER (54534)
    mseltzer@susmangodfrey.com
 2  STEVEN G. SKLAVER (237612)
    ssklaver@susmangodfrey.com
 3  AMANDA BONN (270891)
    abonn@susmangodfrey.com
 4  SUSMAN GODFREY L.L.P.
    1901 Avenue of the Stars, Suite 950
 5  Los Angeles, CA 90067
    Telephone: (310) 789-3100
 6  Fax: (310) 789-3150

 7  Attorneys for Defendants Dean Transportation, Inc. and
    Dean Foods of Southern California, LLC
 8  (dba Heartland Farms)
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SCOTT PARKER, on behalf of himself and those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEAN TRANSPORTATION, INC., an Ohio Corporation; DEAN FOODS OF SOUTHERN CALIFORNIA, LLC (dba HEARTLAND FARMS), a Delaware Limited Liability Company; SBM DAIRIES, INC., a California Corporation; ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 13-02621-BRO (VBK)<br><br>**CLASS ACTION**<br><br>**DEFENDANT DEAN TRANSPORTATION, INC. AND DEAN FOODS OF SOUTHERN CALIFORNIA, LLC'S NOTICE OF EX PARTE APPLICATION FOR LEAVE TO FILE A SECOND SUPPLEMENTAL BALL DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND MEMORANDUM OF LAW IN SUPPORT THEREOF**<br><br>Date:<br><br>Time:<br><br>Place: Courtroom 14<br>　　　Hon. Beverly Reid O'Connell |

2757173v1/013684

# NOTICE OF *EX PARTE* APPLICATION FOR LEAVE TO FILE A SECOND SUPPLEMENTAL BALL DECLARATION

Defendants Dean Transportation, Inc. ("DTI") and Dean Foods of Southern California, LLC (dba Heartland Farms) ("Heartland") respectfully submit notice of their *ex parte* application for an Order granting leave to file a Second Supplemental Declaration of Marjorie Ball in further opposition to Plaintiff's motion to remand. Pursuant to L.R. 7-19 and 7-19.1, DTI and Heartland informed counsel for Plaintiff on Friday, June 7, 2013 that Defendants would file the instant application today. Plaintiff's counsel informed DTI and Heartland that Plaintiff opposes the instant application. DTI and Heartland submit herewith a memorandum of law in support of their *ex parte* application, a proposed order granting the requested *ex parte* relief, and proposed Second Supplemental Declaration of Marjorie Ball.

Dated: June 10, 2013

MARC M. SELTZER
STEVEN G. SKLAVER
AMANDA BONN
SUSMAN GODFREY L.L.P.

By: /s/ Marc M. Seltzer
         Marc M. Seltzer
Attorneys for Dean Transportation, Inc. and Dean Foods of Southern California, LLC (dba Heartland Farms)

## MEMORANDUM OF LAW IN SUPPORT OF *EX PARTE* APPLICATION

DTI and Heartland submit this *ex parte* application seeking leave to submit a Second Supplemental Declaration of Marjorie Ball, addressing an issue that Plaintiff identified for the first time in his June 6, 2013 reply brief in support of his motion to remand. Plaintiff's counsel, who have indicated they oppose this application, can be reached via the following contact information:

>Timothy B. McCaffrey, Jr. (S.B. #192114)
>Natasha Chesler (S.B. #227540)
>The Law Offices of Timothy B. McCaffrey, Jr.
>A Professional Corporation
>11377 W. Olympic Blvd., Suite 500
>Los Angeles, California 90064-1683
>Telephone: (310)882-6407
>Facsimile (310)882-6359

For the first time in his reply brief, Plaintiff argued that DTI and Heartland's calculations of the amount-in-controversy were supposedly unclear because (1) Ms. Ball had submitted a declaration attesting to the number of drivers that DTI employs; (2) Ms. Ball later submitted a declaration explaining that DTI employs drivers in twenty-four states; and (3) therefore, it is unclear whether Ms. Ball's testimony regarding the number of drivers employed by DTI was limited to DTI drivers employed in California—as opposed to nationwide—in accordance with the putative class definition. Pl.'s Reply at 2, Dkt. 27. Ms. Ball's testimony about the size of the putative class in her declaration and in her supplemental declaration, as well as DTI and Heartland's calculations in their Notice of Removal, <u>only</u> included DTI drivers <u>employed in California</u> and not DTI drivers employed in other states. In order to put to rest any doubt on this issue, DTI and Heartland seek leave to submit a Second Supplemental Ball Declaration making explicit the basis for her testimony as to the number of DTI drivers in California.

It is respectfully submitted that there is good cause for allowing the submission of Ms. Ball's Second Supplemental Declaration, which would also avoid the need for Ms. Ball to testify in person during the upcoming hearing on Plaintiff's motion to remand. Ms. Ball's live testimony would merely confirm what is stated in her declaration submitted herewith: that Ms. Ball limited her statements regarding the number of DTI drivers—and, accordingly, their average regular hourly pay rates—to those drivers who were employed in California based on Plaintiff's allegation that the putative class is limited to drivers in California. Because Plaintiff's argument was raised for the first time in his reply brief and because the hearing on the motion to remand is scheduled for June 20, 2013, it is respectfully submitted that there is good cause to grant this application on an *ex parte* basis.

Dated: June 10, 2013

MARC M. SELTZER
STEVEN G. SKLAVER
AMANDA BONN
SUSMAN GODFREY L.L.P.

By: /s/ Marc M. Seltzer
    Marc M. Seltzer
Attorneys for Dean Transportation, Inc. and Dean Foods of Southern California, LLC (dba Heartland Farms)