MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Defendants Dean Transportation, Inc. and
Dean Foods of Southern California, LLC
(dba Heartland Farms)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SCOTT PARKER, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEAN TRANSPORTATION, INC., an Ohio Corporation; DEAN FOODS OF SOUTHERN CALIFORNIA, LLC (dba HEARTLAND FARMS), a Delaware Limited Liability Company; SBM DAIRIES, INC., a California Corporation; ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 13-02621 BRO (VBKx)<br><br>Assigned to the<br>Hon. Beverly Reid O'Connell<br><br>**CLASS ACTION**<br><br>**NOTICE OF NEW AUTHORITY IN FURTHER SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND** |

2787934v1/013684

Defendants Dean Transportation, Inc. and Dean Foods of Southern California, LLC (collectively, "Dean Foods") hereby brings to the Court's attention a new decision relevant to Plaintiff's Motion for Remand. On July 2, 2013, the Ninth Circuit Court of Appeal issued a decision certified for publication in *Watkins v. Vital Pharmaceuticals, Inc.*, Case No. 13-55755, - F.3d -, 2013 WL 3306322 (9th Cir. July 2, 2013) (per curiam), true and correct copies of which are attached as Exhibits 1 and 2.

In *Watkins*, the Ninth Circuit held that the defendant satisfied its burden to establish CAFA's amount in controversy requirement with a declaration that stated: "Nation-wide sales of the [product at issue] for the last four years exceed $5,000,000." *Id.* at *1-2. Based on this bare-bones affidavit, the Ninth Circuit reversed an order of remand and instructed the district court to exercise jurisdiction over the case. *Id.* at *2. Here, Dean Foods' detailed declarations are much stronger than the evidence presented in *Watkins*. *See, e.g.* Dkt. 3 (Ball Declaration); Dkt. 22-2 (Supplemental Ball Declaration); Dkt 30 (Second Supplemental Ball Declaration). Accordingly, as in *Watkins*, Plaintiff's motion for remand should be denied.

Dated: July 3, 2013

MARC M. SELTZER
STEVEN G. SKLAVER
AMANDA BONN
SUSMAN GODFREY L.L.P.

By: /s/ Steven G. Sklaver
Steven G. Sklaver
Attorneys for Defendants Dean Transportation, Inc. and Dean Foods of Southern California, LLC (dba Heartland Farms)