| | |
|---|---|
| 1 | MARC M. SELTZER (54534) |
| 2 | mseltzer@susmangodfrey.com<br>STEVEN G. SKLAVER (237612) |
| 3 | ssklaver@susmangodfrey.com<br>AMANDA BONN (270891) |
| 4 | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 5 | 1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 |
| 6 | Telephone: (310) 789-3100<br>Fax: (310) 789-3150 |
| 7 | Attorneys for Defendants Dean Transportation, Inc. and |
| 8 | Dean Foods of Southern California, LLC<br>(dba Heartland Farms) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SCOTT PARKER, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEAN TRANSPORTATION, INC., an Ohio Corporation; DEAN FOODS OF SOUTHERN CALIFORNIA, LLC (dba HEARTLAND FARMS), a Delaware Limited Liability Company; SBM DAIRIES, INC., a California Corporation; ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 13-02621 BRO (VBKx)<br><br>*Assigned to the*<br>*Hon. Beverly Reid O'Connell*<br><br>**<u>CLASS</u> <u>ACTION</u>**<br><br>**STATEMENT NOTING DEATH OF PLAINTIFF** |

2787926v1/013684

**TO THE COURT AND TO ALL PARTIES:**

Defendants Dean Transportation, Inc. and Dean Foods of Southern California, LLC (collectively, "Defendants") pursuant to Fed. R. Civ. P. 25, hereby notify on the record that plaintiff, Scott Parker, died on June 23, 2013.

Defendants are not aware of the identity of the personal representative of the deceased, if any, or the executor of the deceased's estate, if any, and Defendants have been unable to locate any such representative.

Dated: July 10, 2013

MARC M. SELTZER
STEVEN G. SKLAVER
AMANDA BONN
SUSMAN GODFREY L.L.P.

By: /s/ Steven G. Sklaver
Steven G. Sklaver
Attorneys for Defendants Dean Transportation, Inc. and Dean Foods of Southern California, LLC (dba Heartland Farms)

2787926v1/013684

1