LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-2621-BRO (VBKx) | Date | July 10, 2013 |
|---|---|---|---|
| Title | Scott Parker v. Dean Transportation Inc et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Kane Tien | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE:  STATUS OF THE CASE GIVEN PLAINTIFF'S DEATH**

Plaintiff is ORDERED to show cause re status of the case given plaintiff's death. Plaintiff must respond to this order within 20 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action.

The motion hearing on July 18, 2018 is hereby VACATED until further notice by the Court.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | KTI |